STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL T. BRAZIL,
*Appellant.*

02030587; A120744

112 P3d 455

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jamesa J. Drake, Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-in-Charge, Criminal Appeals Unit, filed the supplemental respondent's brief.

Before Linder, Presiding Judge, and Haselton* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Gutierrez*, 197 Or App 496, 106 P3d 670, *adh'd to as modified on recons*, 199 Or App 521, 112 P3d 433 (2005).

---

* Haselton, J., *vice* Richardson, S. J.